### P. P. DISMUKES v. STATE.

No. A-4214.    Opinion Filed Sept. 18, 1923.
(218 Pac. 175.)

(Syllabus.)

Appeal and Error—Dismissal of Appeal Where Pardon Accepted. Where an appeal from a judgment of conviction is pending in this court, and the plaintiff in error applies for a pardon, and the same is granted, and the fact that a pardon has been granted is brought to the attention of this court, the appeal will be dismissed as having been abandoned.

Appeal from District Court, LeFlore County; Harve L. Melton, Judge.

P. P. Dismukes was convicted of manslaughter in the first degree, and he appeals. Appeal dismissed.

See, also, 19 Okla. Cr. 376, 200 Pac. 267.

Lunsford & Bulgin, Williams & Lewis, and S. M. Rutherford, for plaintiff in error.

George F. Short, Atty. Gen., and N. W. Gore, Asst. Atty. Gen., for the State.

DOYLE, J. Plaintiff in error, P. P. Dismukes, was informed against for the murder of one Orpheus Varner, alleged

to have been committed in LeFlore county on or about the 26th day of December, 1920. The trial jury found him guilty of manslaughter in the first degree and assessed his punishment at imprisonment in the penitentiary for the term of 10 years. From the judgment rendered in accordance with the verdict on the 6th day of September, 1921, an appeal was taken by filing in this court on February 23, 1922, a petition in error with case-made.

The Attorney General has filed a motion to dismiss the appeal on the ground that plaintiff in error, on August 31, 1923, accepted and is now enjoying the privilege of a pardon.

By numerous decisions of this court it is held that, when an appeal from a judgment of conviction is pending in this court, and the plaintiff in error applies for a pardon, and the same is granted, and the fact that a pardon has been granted is brought to the attention of this court, the appeal will be dismissed as having been abandoned. Cameron v. State, 15 Okla. Cr. 398, 177 Pac. 118; Noret v. State, 15 Okla. Cr. 574, 179 Pac. 617; Ballew v. State, 15 Okla. Cr. 646, 179 Pac. 945.

It is therefore considered, adjudged, and ordered that this appeal be, and the same is hereby dismissed, and the cause remanded to the trial court.

MATSON, P. J., and BESSEY, J., concur.